UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2016 APR -8  PM 4:03

JAMES EDGAR HOLLAND JR

Plaintiff

CASE NUMBER: 8:16 cv 856 T 36 TBM

v.

Veterans Administration
The United States Army Awards and Decorations
(Stolen Valor)

Defendant

[signature]

727 504 9631 BRENDA

[signature]
3170 35AV N
St Pete FL.
33713

TPA - 36050
$400

8 APRIL 16        JAMES HOLLAND        PAGE 1 OF 2

MY FIDUCARY HAS ALLOWED MY ELECTRIC AND WATER TO BE TURNED OFF A DOZEN TIMES I PAY THE PENALTIES THE PROPERTY TAXES WERE NOT PAID IN COMPLETE AND MY WIFE AND I HAVE BEEN EMBARRASSED BY PUBLISH IN LOCAL NEWS PAPER.

I CANNOT GET THE FIDUCARY TO PAY WATER AND ELECTRIC AT BOTH MY HOUSES IN FL. AND I PAY FOR THIS AND IN H.C OUT OF MY ALLOWENCE. WHAT I NEED A FIDUCARY FOR.

THE CODE ENFORCEMENT BOARD CRAWLS OVER EVERYONES ELSE VIOLATIONS FOR 30 YEARS TO WRITE ME UP FOR A WEEKEND AND A MONDAY. I DO NO LIVE IN A RESTRICTED NEIGHBORHOOD. THE CODE PEOPLE CLIMB UP ON THEIR TRUCK TO LOOK OVER MY BLOCK WALL AND INTO MY PRIVACY. THERE IS NO LAWS IN THIS COUNTRY THAT ALLOWS THIS. I AM BEING FINED FOR SOMETHING I BUILT THAT IS 6 FT. H. AN 5 FT LONG JUST TWO COLLUMS OF BLOCKS THAT WERE

8 APRIL 16

2

BUILT 29 YEARS AGO ALONG WITH THE BLOCK WALL THAT GOES AROUND THE PROPERTY. 50.00 A DAY FINES.

DOES AMERICA FINE ITS DISABLED INCOMPETANT VETERANS ON A YEAR BY YEAR BASICS OF NONSENSE WHILE IGNORING ALL OTHER IN CLOSE PROXIMATELY. SOMETHING IS WRONG HERE.

WHEN I GOT MY 100% I WAS INSTRUCTED BY BILL YOUNG OFFICE (SENATOR) to STARE AT THE FLOOR AND MUMBLE. I HAD BEEN LOOKING AT AUTHORITY IN THE EYE FOR ~~BOOBS~~ YEARS AND COULD NOT CONVINCE THE VA OF LEGIMATICY.

I AM CAPABLE OF HANDLING MY OWN FINANCIAL AFFAIRS AND YEARN TO BE TESTED FAIRLY OUTSIDE THE VETERANS ADMINISTRATION OF CONTROL

WHY IS AMERICA AFRAID OF ME. SHOT ~~ABDUCTED~~ DRUGED TO NEAR INCOMPETANCY BY MY OWN GOVERNMENT SHOT AGAIN. EVER TRICK IN THE BOOK. I AM STILL LEGALLY SANE.   J.H.