UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES EDGAR HOLLAND, JR.,

Plaintiff,

v. Case No: 8:16-cv-856-T-36TBM

VETERANS ADMINISTRATION,

Defendant.
_____________________________________/

# ORDER

This matter comes before the Court upon review of the file. On June 13, 2016, the Court entered an Order (Doc. 8) granting Plaintiff leave to file, within twenty-one (21) days of the date of the Order, an amended financial affidavit fully setting forth his income and liabilities, as well as an amended complaint that sets forth a cause of action cognizable in this Court consistent with the pleading requirements of the Federal Rules of Civil Procedure. Plaintiff was further advised that failure to do so would result in the dismissal of this action without further notice. To date, Plaintiff has not filed an amended financial affidavit, nor has he filed an amended complaint. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) This cause is dismissed.

2) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on August 12, 2016.

Charlene Edwards Honeywell
United States District Judge

**<u>COPIES FURNISHED TO</u>**:
Counsel of Record