FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2016 AUG 19 AM 11: 28

504 9631 WIFE BRENDA
727 687-1733
JAMES E HOLLAND JR
3170 38 AV N
Plaintiff ST PETE FL
33713

CASE NUMBER: 8-16 CV 856 T36 TBM

v.

VETERAN ADMINISTRATION

Defendant

WHEN I DELIVERED DOCUMENTS TO THE CLERK OF COURT I REQUESTED RETURN (7) (IRREPLACEABLE PAPERS) OF THESE DOCUMENTS I DO NOT BELIEVE THAT THE JUDGES EVEN TOOK A LOOK AT MY PUBLISHED STORIES OUTLINING MY WHOLE POSITION. I INTEND TO RE FILE IN THE NEAR FUTURE. WHEN YOU CLAIM TO NOT KNOW WHAT I WANTED I REALIZED THAT THE COURT (FEDERAL CANNOT BE TRUSTED MURDER, EXECUTION ABOUT VETERANS ADMIN CRIMES'

James E Holland